Attorneys for Plaintiff(s)
Boris Levin
10773 Rock Rose PL
Moreno Valley, CA 92557
Tel: (818) 203-9791
boris_levine_lofmmel.com

FILED
2007 DEC 17 PM 12: 51

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Boris Levin | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV07-04971-GPS(MANx) |
| v. | |
| FBI | Request the entry of a default. |
| DEFENDANT(S). | |

✓ Service was made on September 19, 2007. (Please find the attached).

✓ No answer was received from FBI after 60 day's allowed for response.

✓ Requesting entry of a default.

12/17/07.

(1)

2

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Boris Levin
10773 Rock Rose Pl
Moreno Valley, CA 92557
Tel: (818) 203-3791

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Boris Levin

PLAINTIFF(S),

v.

FBI

DEFENDANT(S).

CASE NUMBER

CV 07-04971-GPS (MANx)

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On December 14th, 2007, I served a true copy of Request The Entry Of A Default by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Aleksey Turetskij  15057 Moorpark St #212, Sherman Oaks, CA 91403

Place of Mailing: Sherman Oaks, CA
Executed on December 14th, 2007 at 12 noon, California.

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Signature of Person Making Service_

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                                      Party Served

CV-40 (01/00)   PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE   3

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT

SEP 28 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Boris Levin

Plaintiff(s)

v.

FBI

Defendant(s)

CASE NUMBER: CV 07 - 04971 GPS

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☐ summons  ☒ complaint  ☐ alias summons  ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint
   ☐ other *(specify)*:

2. Person served:
   a. ☒ Defendant *(name)*: FBI
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:
   c. ☒ Address where papers were served: J. Edgar Hoover Building 935 Pennsylvania Ave N.W. Washington DC 20535-0001

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. Papers were served on *(date)*: _____ at *(time)*: _____
   b. ☒ By **Substituted service**. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on *(date)*: _____ at *(time)*: _____
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☒ papers were mailed on (date): 9/19/07 By Fed Ex (See Attached Copies.)
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

CV-1 (04/01)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

PAGE 1

Exbt (4)

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☒ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☒ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   Aleksey Tsvetsikh
   15057 Moorpark St #212
   Sherman Oaks, CA 91403
   (213) 760-9600

   a. Fee for service: $ 14.08
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/16/07

(Signature)

CV-1 (04/01)     **PROOF OF SERVICE – SUMMONS AND COMPLAINT**     PAGE 2

Ex bt 5

Track Shipments/FedEx Kinko's Orders
# Detailed Results

 Quick Help

| | |
|---|---|
| Tracking number | 862798481780 |
| Signed for by | R.WATTS |
| Ship date | Sep 19, 2007 |
| Delivery date | Sep 24, 2007 9:55 AM |
| Status | Delivered |
| Signature image available | No |

| | |
|---|---|
| Destination | WASHINGTON, DC |
| Delivered to | FedEx Location |
| Service type | Express Saver Envelope |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 24, 2007 | 9:55 AM | **Delivered** | WASHINGTON, DC | |
| | 7:21 AM | Held at FedEx location for recipient pickup | WASHINGTON, DC | Package available for pickup at: 1501 ECKINGTON PL NE |
| Sep 22, 2007 | 7:50 AM | At local FedEx facility | WASHINGTON, DC | Package not due for delivery |
| Sep 21, 2007 | 7:27 PM | At dest sort facility | DULLES, VA | |
| | 3:24 PM | Departed FedEx location | MEMPHIS, TN | |
| | 12:21 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Sep 20, 2007 | 8:12 PM | Left origin | SUN VALLEY, CA | |
| Sep 19, 2007 | 8:36 PM | Picked up | STUDIO CITY, CA | Package received after FedEx cutoff |
| | 8:36 PM | At local FedEx facility | STUDIO CITY, CA | |

| Signature proof | E-mail results | Track more shipments/orders |

Subscribe to tracking updates (optional)

Your Name: [          ]      Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ⊙ HTML ○ Text ○ Wireless

**Add personal message:**
Not available for Wireless or non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and    Submit

*Ex b-4 (6)*

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&templ...  9/25/2007

# FedEx Express — US Airbill

Tracking Number: 8527 9848 1780

**From**

Date: _____

Sender's Name: Aleksey Tuvetskiy
Phone: (213) 760-9600
Company: N/A
Address: 15057 Moorpark St #212
City: Sherman Oaks   State: CA   ZIP: 91403

Sender's FedEx Account Number: SENDER'S FEDEX ACCOUNT NUMBER ONLY

Your Internal Billing Reference: OPTIONAL

**To**

Recipient's Name: Federal Bureau of Investigation
Phone: ( )
Company: FBI
Recipient's Address: J. Edgar Hoover Building
Address: 935 Pennsylvania Ave N.W.
City: Washington   State: DC   ZIP: 20535-0001

**4a Express Package Service** — Packages up to 150 lbs.
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [X] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: ___   Total Weight: ___   Total Declared Value: $ .00

**8 Residential Delivery Signature Options**
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

520

Rev. Date 10/06 • Part #158281 • ©1994–2006 FedEx • PRINTED IN U.S.A. SRY

Sender's Copy

Ex 64 (2)


Office and Print Center

12101 VENTURA BLVD
STUDIO CITY, CA 91604

Location:      BURRK
Device ID:     BURRK POS1
Employee:      534802
Transaction:   910116/19807

**EXPRESS SAVER**
862798481780     0.25 lb (S)     $14.08

Shipment subtotal:   $14.08

**Total Due**        **$14.08**

Cash                 $20.00

Change Due:          $5.92

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

September 19, 2007 8:36:38 PM

Ex 6 A (7)