# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Boris Levin | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV____07-4971 GPS(MANx)_____ |
| v. | |
| FBI | NOTICE OF DEFICIENCY |
| Defendant(s). | DEFAULT/DEFAULT JUDGMENT |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of____FBI_____ for the following reason(s)

■No declaration as required by F.R.Civ.P 55(a)
■No proof of service/waiver of service on file as to US Attorney and the Attorney General of the US

■Proof of Service is lacking required information: Service on FBI misisng name and capacity of person who accepted service

■Time to respond has not expired until the above cited requirments have been completed.

■Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

.

CLERK OF COURT

December 18, 2007                    B y____L Chai_____

                                         Deputy Clerk